

Kelly E. Farnan
302-651-7705
farnan@rlf.com

April 28, 2021

**BY CM/ECF & HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:    *UCB Pharma S.A. v. Nektar Therapeutics*,
                C.A. No. 20-00650-CFC-JLH

Dear Judge Connolly:

      Pursuant to paragraph 1 of the Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72, enclosed please find courtesy copies of the following docket items associated with Defendant Nektar Therapeutics's ("Nektar") Objections to Magistrate Judge Hall's April 12, 2021 Order (D.I. 62):

| Date | Docket No. | Description |
| --- | --- | --- |
| March 26, 2021 | 48 | Nektar's Opening Letter Brief |
| March 26, 2021 | 50 | Plaintiffs' Opening Letter Brief |
| April 5, 2021 | 54 | Plaintiffs' Responsive Letter Brief |
| April 5, 2021 | 55 | Nektar's Responsive Letter Brief |

      Should Your Honor have any questions, counsel is available at the Court's convenience.

                              Respectfully,

                              */s/ Kelly E. Farnan*

                              Kelly E. Farnan (#4395)

Encl.

cc: Counsel of Record (by CM/ECF w/o encl.)