IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB PHARMA S.A. and <br> CELLTECH R&D LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> NEKTAR THERAPEUTICS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-650 (CFC) (JLH) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION & [PROPOSED] ORDER OF DISMISSAL**

Plaintiffs UCB Pharma SA and Celltech R&D Limited and Defendant Nektar Therapeutics by and through their respective counsel, have agreed to settle and dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendant hereby stipulate and agree, subject to the approval of the Court, that this action and the claims and defenses brought herein are dismissed with prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Brian P. Egan* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> araucci@morrisnichols.com | Chad M. Shandler (#3796) <br> Kelly E. Farnan (#4395) <br> Valerie A. Caras (#6608) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> shandler@rlf.com <br> farnan@rlf.com <br> caras@rlf.com |
| *Attorneys for Plaintiffs UCB Pharma S.A. and Celltech R&D Ltd.* | *Attorneys for Defendant Nektar Therapeutics* |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| James Trainor<br>Robert Counihan<br>Eric Majchrzak<br>Catherine McCord<br>Kathryn Easterling<br>FENWICK & WEST LLP<br>902 Broadway, Suite 14<br>New York, NY 10010<br>(212) 430-2600<br><br>Melanie L. Mayer<br>FENWICK & WEST LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>(206) 389-4510 | Elaine Herrmann Blais<br>Nicholas K. Mitrokostas<br>Daryl Wiesen<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>(617) 570-1000<br><br>Tiffany Mahmood<br>James Breen<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 813-8800 |

October 19, 2021

SO ORDERED this ___ day of _____, 2021.

_____
THE HONORABLE COLM F. CONNOLLY
CHIEF JUDGE